**No. 62243.**—Ulrich Associates *v.* United States, protest 316078–K (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 62244.**—J. W. Hampton, Jr., & Co. of Phila. *v.* United States, protest 317000–K (Philadelphia).

Opinion by LAWRENCE, J.   The protest was dismissed.

BEFORE THE THIRD DIVISION, JULY 31, 1958

**No. 62245.**—M. Farris & Co., Inc. *v.* United States, protest 313902–K (New York).

Opinion by DONLON, J.   The protest was dismissed for lack of prosecution.

**No. 62246.**—Surface Freight Corp. *v.* United States, protest 317369–K (New York).

Opinion by DONLON, J.   The protest was dismissed for lack of prosecution.

**No. 62247.**—Trans World Shipping Corp. *v.* United States, protest 318475–K (New York).

Opinion by DONLON, J.   The protest was dismissed for lack of prosecution.

JULY 29, 1958

**No. 62248.**—Joleo Impex Company *v.* United States, protests 306698–K and 308853–K.—Protests abandoned May 23, 1958.   (Not published.)   (Initial No. 299322–K.)   Plaintiff's application for rehearing granted.

**No. 62249.**—Plumrose, Inc., and Gehrig Hoban & Co., Inc. *v.* United States, protests 296282–K and 296283–K.—Protests abandoned June 17, 1958. (Not published.)   (Initial No. 145957–K.)   Plaintiffs' application for rehearing granted.

**No. 62250.**—Worby Trading Co. et al. *v.* United States, protests 196329–K, etc.—Protests abandoned July 15, 1958.   (Not published.)   Plaintiffs' application for rehearing granted.